# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 29, 2020

### NO. 03-18-00307-CV

**Robert Anding and Roberta Anding, Appellants**

**v.**

**City of Austin, Texas; and Ferdinand D. Clervi, Austin Municipal Court Judge, Appellees**

---

**APPEAL FROM THE 126TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES TRIANA AND KELLY
AFFIRMED IN PART; REVERSED AND REMANDED IN PART --
OPINION BY CHIEF JUSTICE ROSE**

---

This is an appeal from the judgment signed by the trial court on April 30, 2018. Having reviewed the record and the parties' arguments, the Court holds that the district court did not err in denying the Andings' motion for summary judgment and in granting the City's motion for summary judgment. Accordingly, we affirm the district court's summary judgment in favor of the City. The Court also holds that the district court did err in sustaining Clervi's plea to the jurisdiction. The Court therefore reverses the district court's order sustaining the plea and remands the Andings' mandamus claim against Clervi to the district court for further proceedings.

Each party shall bear their own costs relating to this appeal, both in this Court and in the court below.